## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | |
| Plaintiff, | CASE NO. 1:11-CV-00595-SJD |
| v. | Judge: Hon. Susan J. Dlott |
| DOES 1 – 12, | |
| Defendants. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF REMAINING DOE DEFENDANTS

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action against all remaining Doe Defendants. The Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully Submitted,

Hard Drive Productions, Inc.

DATED: January 30, 2012

By: /s/ Joshua R. Crousey_____
JOSHUA R. CROUSEY
Bar No. 0087392
Prenda Law Inc.
1111 Lincoln Road, Ste 400
Miami Beach, FL 33139
Telephone: (305) 748-2102
Facsimile: (305) 748-2103
E-mail: jrcrousey@wefightpiracy.com
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 30, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Joshua R. Crousey
JOSHUA R. CROUSEY